UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FITBIT, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>ALIPHCOM, et al.,<br><br>    Defendants. | Case No. 5:15-cv-04073-EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' Joint Case Management Conference Statement (Dkt. No. 81), the court has determined that a scheduling conference is unnecessary at this time. Accordingly, the Case Management Conference scheduled for June 30, 2016, is VACATED.

**IT IS SO ORDERED.**

Dated: June 27, 2016

                                    EDWARD J. DAVILA
                                    United States District Judge