SUSMAN GODFREY L.L.P.
KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
[Tel.] (310) 789-3100
[Fax] (310) 789-3150

Attorney for Defendants AliphCom and Bodymedia, Inc.

(Additional Counsel for Defendants listed below signature line)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FITBIT, INC.<br><br>    Plaintiff,<br><br>   v.<br><br>ALIPHCOM d/b/a JAWBONE and BODYMEDIA, INC.<br><br>    Defendants. | Case No: 5:15-cv-04073-EJD<br><br>**DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT (Dkt. No. 79) PURSUANT TO LOCAL RULE 7-7(e)**<br><br>Judge: Hon. Edward J. Davila<br>Complaint filed: Sept. 8, 2015 |

1   Please take notice that, pursuant to Local Civil Rule 7-7(e), Defendants Aliphcom d/b/a Jawbone and Bodymedia, Inc. ("Jawbone"), by and through their attorneys, hereby withdraw without prejudice their Motion for Summary Judgment of Non-Infringement filed on June 14, 2016 (Dkt. No. 79) (the "Motion"). Plaintiffs filed an Opposition to the Motion on June 28, 2016. Defendants' reply was originally due on July 5, 2016 and this Court granted Defendants' unopposed request for a one-week extension, making the deadline for a reply brief July 12, 2016. *See* Dkt. No. 85.

Northern District of California Civil Local Rule 7-7(e) provides that: "Within the time for filing and serving a reply, the moving party may file and serve a notice of withdrawal of the motion. Upon the filing of a timely withdrawal, the motion will be taken off-calendar." Jawbone respectfully withdraws its motion for summary judgment without prejudice pursuant to Local Civil Rule 7-7(e). This withdrawal obviates the need for the hearing on this matter scheduled for October 27, 2016.

Dated: July 12, 2016

Respectfully Submitted,

SUSMAN GODFREY L.L.P.

KALPANA SRINIVASAN
MAX L. TRIBBLE, JR. (Pro Hac Vice)
mtribble@susmangodfrey.com
JOSEPH S. GRINSTEIN (Pro Hac Vice)
jgrinstein@susmangodfrey.com
1000 Louisiana, Suite 5100
Houston, Texas 77002-5096
[Tel.] (713) 651-9366
[Fax] (713) 654-6666

GENEVIEVE VOSE WALLACE (Pro Hac Vice)
gwallace@susmangodfrey.com
IAN CROSBY (Pro Hac Vice)
icrosby@susmangodfrey.com
E. LINDSAY CALKINS (Pro Hac Vice)
lcalkins@susmangodfrey.com
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
[Tel.] (206) 516-3880
[Fax] (206) 516-3883

ELISHA B. BARRON (Pro Hac Vice)
ebarron@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019-6023

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[Tel.] (212) 336-8330
[Fax] (212) 336-3800
Attorneys for Defendants AliphCom and Bodymedia, Inc.

By:   */s/ Kalpana Srinivasan*
           Kalpana Srinivasan

*Counsel for Defendants Aliphcom d/b/a Jawbone and BodyMedia, Inc.*