1  GIBSON, DUNN & CRUTCHER LLP
   Josh A. Krevitt (SBN 208552)
2  jkrevitt@gibsondunn.com
   200 Park Avenue, 47th Floor
3  New York, New York 10166
   Tel: (212) 351-4000
4  Fax: (212) 351-4035

5
   *Attorney for Plaintiff Fitbit, Inc.*
6
   (Additional Counsel for Plaintiff
7  listed below signature line)

8

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11 | FITBIT, INC.,                        | Case No. 5:15-CV-4073-EJD
12 |                    Plaintiff,        |
   |                                      | **DECLARATION OF FREDERICK S. CHUNG IN
13 |       v.                             | SUPPORT OF PLAINTIFF FITBIT, INC'S
   |                                      | MOTION FOR SANCTIONS**
14 | ALIPHCOM D/B/A JAWBONE and            |
   | BODYMEDIA, INC.,                     |
15 |                    Defendants.       |

I, Frederick S. Chung declare and state as follows:

1. I am a partner with the law firm of Gibson, Dunn & Crutcher LLP ("Gibson Dunn"), counsel for Fitbit, Inc. ("Fitbit"). I am licensed to practice law in the State of California. I have personal knowledge of the matters stated herein or understand them to be true from members of my litigation team. I make this declaration in support of Fitbit's Motion for Sanctions seeking costs and fees arising from the summary judgment motion of defendants AliphCom d/b/a Jawbone and BodyMedia, Inc. ("Jawbone" or "Defendants").

**Party Discussions**

2. On May 27, 2016, Jawbone informed Fitbit that Jawbone planned to file a motion for summary judgment of non-infringement. Also on May 27, Jawbone sent Fitbit an initial draft of a joint statement of undisputed facts. Jawbone's draft of the statement of undisputed facts included statements indicating that the Jawbone devices do not "cue" the user to validate pairing.

3. The parties' counsel met and conferred via teleconference on June 8, 2016, regarding Jawbone's proposed motion for summary judgment and the draft statement of undisputed facts. I participated in that discussion on behalf of Fitbit. During this call, Fitbit informed Jawbone that Fitbit's observations of the Jawbone products clearly indicated that those products provided a "cue" to the user to validate pairing. Fitbit indicated that it would not agree to the fact statements proposed by Jawbone that suggested that a "cue" did not occur.

4. Fitbit's counsel met and conferred with Jawbone's counsel on July 20, 2016, regarding the filing of Fitbit's Motion for Sanctions seeking costs and fees incurred in opposition to Jawbone's Motion for Summary Judgment. I participated in that call on behalf of Fitbit.

**Firm and Billing Rate Information**

5. Gibson Dunn is a full-service global law firm, with over 1,200 lawyers in 18 offices worldwide. Gibson Dunn was ranked 3rd on *The American Lawyer's* "A-List" of the 20 law firms it considers to be the most exceptional in the country.

6. Gibson Dunn sets billing rates based upon a particular lawyer's experience level and area of practice. Every year, Gibson Dunn conducts a careful review of standard billing rates to ensure that they are competitive with rates being charged by peer law firms.

7. Gibson Dunn has strict time-recording policies in place. All persons regularly recorded their time via their personal computers (or using the services of support personnel) using an industry-standard legal case management time-recording software as required by firm policy. I thoroughly reviewed the invoices for fees and expenses before sending to Fitbit to confirm each entry reflects appropriately-charged time. Then, an in-house counsel at Fitbit reviewed the fees and expenses.

**Fees**

8. In responding to Jawbone's motion for summary judgment, Gibson Dunn attorneys and support staff billed a total of 84.5 hours in order to rebut Jawbone's positions in that motion, for a total of $**42,968.70**.

9. The total hours spent by Gibson Dunn attorneys and staff for the entirety of Jawbone's summary judgment motion briefing are as follows:

| Timekeeper (discounted hourly rate) | Hours Billed | Amount Billed |
|---|---|---|
| Mark N. Reiter ($927) | 1.5 | $1,390.50 |
| Jason C. Lo ($859.50) | 8.1 | $6,961.95 |
| Frederick S. Chung ($774) | 2.9 | $2,244.60 |
| Zachary J. Wood ($454.50) | 70.3 | $31,951.35 |
| Philip K. Lum ($414) | 0.3 | $124.20 |
| Jilliane Jackson ($211.50) | 1.4 | $296.10 |
| **TOTAL** | **84.5** | **$42,968.70** |

Fitbit will submit additional itemized breakdown of its fees and costs for in camera review upon request by the Court.

10. The above hours billed were incurred in the analysis of Jawbone's assertions and in the preparation of Fitbit's opposition motion and supporting materials. The time included legal research into the foundation for Jawbone's motion and Fitbit's response, factual research into the operation of Jawbone's products and Jawbone's assertions about the operation of its products, interactions with Fitbit's expert to facilitate his analysis of Jawbone's products, and testing as well as documentation of newly-purchased Jawbone devices. The time also included time spent on meeting and conferring with Jawbone and on preparation and conferring on the joint statement of undisputed facts. The time also included drafting and revising Fitbit's opposition to Jawbone's motion for summary judgment, drafting and revising declarations and other supporting materials, and preparing all materials for filing.

**Biographies and Roles of the Timekeepers**

11. <u>Mark N. Reiter.</u> Mark Reiter is a partner in the Dallas office of Gibson, Dunn & Crutcher LLP. Mr. Reiter is Co-Chair of the Firm's Intellectual Property Practice and has extensive experience litigating intellectual property matters in Federal Courts, appellate courts, including the Court of Appeals for the Federal Circuit, and the International Trade Commission. Mr. Reiter was recognized as *Best Lawyers®* 2015 Patent Litigation "Lawyer of the Year" in Dallas, and has handled patent litigation matters dealing with a variety of technologies including semiconductor manufacturing, design and processing, software, construction techniques, chemicals, medical devices and food technology. He has also handled trademark, trade secret, copyright matters, and unfair competition cases. Mr. Reiter has consistently been named to *The Best Lawyers in America®* (2009-2015) for Intellectual Property and Patent Litigation. Mr. Reiter received a bachelor of science in electrical engineering from the University of Texas and holds a J.D. from Southern Methodist University. Mr. Reiter supervised and reviewed the briefing in opposition to Jawbone's Motion for Summary Judgment.

12. <u>Jason C. Lo.</u> Jason Lo is a partner in the Los Angeles office of Gibson, Dunn & Crutcher LLP, where his practice focuses on intellectual property litigation. He has successfully

represented leading companies in various industries, including the video game, semiconductor, military defense, and pharmaceutical industries. He has litigated high-stakes patent infringement cases in courts throughout the United States, as well as the U.S. International Trade Commission. The Los Angeles Business Journal named Mr. Lo to its 2012 list of Who's Who in Intellectual Property Law for his work representing clients in the video game, technology, and semiconductor industries in intellectual property litigation. Mr. Lo graduated cum laude from Harvard Law School in 2001. He earned a Bachelor of Arts Degree in Political Science and a Minor in Accounting from UCLA in 1998. Prior to joining the firm, Mr. Lo served as a law clerk to The Honorable Mariana R. Pfaelzer in the United States District Court for the Central District of California. Mr. Lo drafted, supervised, and reviewed the briefing in opposition to Jawbone's Motion for Summary Judgment.

13. <u>Frederick S. Chung.</u> Fred Chung is a partner in the Palo Alto office of Gibson, Dunn & Crutcher LLP, where his practice focuses on intellectual property litigation. He has represented a wide range of high-tech companies, including software, electronics, telecommunications, biotech, and medical device companies, in the U.S. District Courts, the International Trade Commission, and the Federal Circuit. In 2008, Mr. Chung was named one of the "Best Lawyers Under 40" by the National Asian Pacific American Bar Association (NAPABA) in Washington, D.C. Mr. Chung received his A.B. and J.D. degrees from Harvard University in 1991 and 1995. Following his graduation from law school, he was a law clerk for the Honorable Karen Nelson Moore of the United States Court of Appeals, Sixth Circuit. Before joining the Firm in 2003, he practiced intellectual property litigation and insurance coverage litigation at Morrison & Foerster in San Francisco. Mr. Chung supervised and reviewed the briefing in opposition to Jawbone's Motion for Summary Judgment. Mr. Chung worked with Fitbit's expert to support the preparation of the expert declaration accompanying Fitbit's opposition to Jawbone's motion.

14. <u>Zachary J. Wood.</u> Zachary Wood is an associate in the Los Angeles office of Gibson, Dunn & Crutcher. He currently practices in the firm's Litigation Department. Mr. Wood earned his

law degree in 2014 from the University of California, Berkeley, where he was an articles editor of the California Law Review and an editor of the Berkeley Technology Law Journal. He earned his Bachelor of Science in Civil Engineering from Purdue University in 2005. Mr. Wood drafted and prepared the briefing in opposition to Jawbone's Motion for Summary Judgment. Mr. Wood worked with Fitbit's expert to support the preparation of the expert declaration accompanying Fitbit's opposition to Jawbone's motion.

15. <u>Philip K. Lum.</u> Philip Lum is a senior litigation paralegal in the New York office of Gibson, Dunn & Crutcher. Mr. Lum received his B.S. in Criminal Justice from Saint John's University in 1985, and graduated from Saint John's School of Law in 2001. Mr. Lum was involved to a limited extent in the filing and preparation of Fitbit's opposition to Jawbone's Motion for Summary Judgment.

16. <u>Jilliane Jackson.</u> Jilliane Jackson is a case assistant in the Palo Alto office of Gibson, Dunn & Crutcher. Ms. Jackson received her B.A. in Classics from Stanford University in 2012. Ms. Jackson was involved to a limited extent in the filing and preparation of Fitbit's opposition to Jawbone's Motion for Summary Judgment and accompanying exhibits.

**Expert Expenses Incurred**

17. Fitbit incurred $3,286.52 of expert expenses in preparing its opposition motion. These expenses included $354.02 for the purchase of representative Jawbone products. These unopened products were necessary to conclusively demonstrate the functionality of the Jawbone products upon being purchased and paired for the first time by a user. The expenses also include $2,932.50 of expert fees for analysis of those products and preparation of video demonstrative exhibits. Fitbit will provide invoices and documentation to support its request for expert expenses at the request of the Court or upon the granting of Fitbit's Motion for Sanctions.

**Additional Fees for Bringing this Motion**

18. Fitbit further seeks attorneys' fees and costs incurred or paid by Fitbit through the conclusion of this motion.

6

**Other Non-Taxable Costs**

19. Fitbit also seeks recovery of expenses necessarily incurred in connection with this opposition. Fitbit incurred approximately $2,300 in non-taxable costs in preparation for this motion. This includes $2,160 in expenses for electronic research, as well as costs to prepare for filing video exhibits and other supporting materials. Fitbit will provide invoices and documentation to support its request for non-taxable costs at the request of the Court or upon the granting of Fitbit's Motion for Sanctions.

**Discounts, Write Downs, and Write Offs**

20. Fitbit receives a discount on the hourly rates of Gibson Dunn attorneys. The amounts listed above for Gibson Dunn attorneys reflect the discounted rates for Fitbit. In addition, Fitbit is not charged for administrative tasks or expenses. The fees and expenses described above do not include the time spent on this matter by Gibson Dunn secretaries, assistants, or librarians. Administrative tasks performed by attorneys were not charged, and therefore are not included in the fees described above.

**Total Fees and Costs**

21. As detailed above, Fitbit seeks a total of **$48,555.22** in fees and costs incurred in preparing its response to Jawbone's summary judgment motion.

**Supporting Exhibits**

22. Attached hereto as **Exhibit A** is a true and correct copy of Exhibit 1 to Fitbit's February 25, 2016, Infringement Contentions.

23. Attached hereto as **Exhibit B** is a true and correct copy of Exhibit 2 to Fitbit's February 25, 2016, Infringement Contentions.

24. Attached hereto as **Exhibit C** is a true and correct copy of Exhibit 3 to Fitbit's February 25, 2016, Infringement Contentions.

25. Attached hereto as **Exhibit D** is a true and correct copy of Exhibit 4 to Fitbit's February 25, 2016, Infringement Contentions.

26. Attached hereto as **Exhibit E** is a true and correct copy of Exhibit 5 to Fitbit's February 25, 2016, Infringement Contentions.

27. Attached hereto as **Exhibit F** is a true and correct copy of Exhibit 6 to Fitbit's February 25, 2016, Infringement Contentions.

28. Attached hereto as **Exhibit G** is a true and correct copy of Exhibit 7 to Fitbit's February 25, 2016, Infringement Contentions.

29. Attached hereto as **Exhibit H** is a true and correct copy of Exhibit 8 to Fitbit's February 25, 2016, Infringement Contentions.

30. Attached hereto as **Exhibit I** is a true and correct copy of Exhibit 9 to Fitbit's February 25, 2016, Infringement Contentions.

31. Attached hereto as **Exhibit J** is a true and correct copy of a June 23, 2016, letter from Jawbone's counsel to Frederick S. Chung regarding discovery in this action.

I declare under penalty of perjury under the laws of the United Sates that the foregoing is true and correct to the best of my knowledge.

Executed on August 8, 2016, at Palo Alto, California.

/s/ *Frederick S. Chung*

Frederick S. Chung

**GIBSON, DUNN & CRUTCHER LLP**

JOSH A. KREVITT (SBN 208552)
jkrevitt@gibsondunn.com
200 Park Avenue, 47th Floor
New York, NY 10166
Tel: (212) 351-4000
Fax: (212) 351-4035

WAYNE M. BARSKY (SBN 116731)
wbarsky@gibsondunn.com
JASON C. LO (SBN 219030)
jlo@gibsondunn.com
2029 Century Park East
Los Angeles, CA 90067-3026
Tel: (310) 552-8500
Fax: (310) 551-8741

| | |
|---|---|
| 1 | |
| 2 | MARK N. REITER |
| 3 | *(Admitted Pro Hac Vice)*<br>mreiter@gibsondunn.com |
| 4 | 2100 McKinney Avenue<br>Dallas, TX 75201-6912 |
| 5 | Tel: (214) 698-3100<br>Fax: (214) 571-2900 |
| 6 | FREDERICK S. CHUNG |
| 7 | fchung@gibsondunn.com<br>Y. ERNEST HSIN (SBN 201668) |
| 8 | ehsin@gibsondunn.com<br>NEEMA JALALI (SBN 245424) |
| 9 | njalali@gibsondunn.com<br>1881 Page Mill Road |
| 10 | Palo Alto, CA 94304<br>Tel: (650) 849-5300<br>Fax: (650) 849-5333 |
| 11 | |
| 12 | *Attorneys for Plaintiff Fitbit, Inc.* |