UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FITBIT, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ALIPHCOM, et al.,<br><br>    Defendants. | Case No. 15-cv-04073-EJD<br><br>**PATENT SCHEDULING ORDER**<br>Re: Dkt. No. 135 |

This case is scheduled for a Further Case Management Conference on June 1, 2017. Based on the parties' Joint Case Management Statement, the court has determined a schedule for the case can be set without the necessity of an appearance at this time. Accordingly, the Further Case Management Conference is VACATED, and:

IT IS HEREBY ORDERED that, with the retention of new counsel for Defendants, the previously-imposed stay of case management deadlines is DISSOLVED;

IT IS FURTHER ORDERED that, as previously indicated, any disputes regarding any party's Patent Disclosures, including any request to amend pursuant to Patent L.R. 3-6, are referred to the assigned Magistrate Judge. Such referral encompasses any dispute over Plaintiff's amended infringement contentions, which Defendants represent have not been approved by the court.

IT IS FURTHER ORDERED that, pursuant to Section IV(A)(1) of the undersigned's Standing Order for Civil Cases, each party is limited to one Motion for Summary Judgment. Defendants' request to file an additional summary judgment motion is DENIED.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| EVENT | DEADLINE |
|---|---|
| Fact Discovery Cut-off | August 31, 2017 |
| Joint Trial Setting Conference Statement | September 18, 2017 |
| Trial Setting Conference | September 28, 2017 at 11:00 a.m. |
| Designation of Opening Experts with Reports | September 29, 2017 |
| Designation of Rebuttal Experts with Reports | October 30, 2017 |
| Expert Discovery Cutoff | November 30, 2017 |
| Deadline(s) for Filing Discovery Motions | See Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions | January 12, 2018 |
| Hearing on Anticipated Dispositive Motions | 9:00 a.m. on February 22, 2018 |

**IT IS SO ORDERED.**

Dated:  May 30, 2017

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 15-cv-04073-EJD
PATENT SCHEDULING ORDER