UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FITBIT, INC.,

    Plaintiff,

v.

ALIPHCOM, et al.,

    Defendants.

Case No. 15-cv-04073-EJD

**ORDER DENYING DEFENDANTS' MOTION TO EXTEND PRETRIAL SCHEDULE**

Re: Dkt. No. 146

Presently before the Court is Defendants' Motion to Extend Pretrial Schedule, which seeks a 60-day extension of the Court's pretrial schedule. Dkt. No. 146. Although the motion states that it seeks relief under Civil Local Rule 6-3, this is in fact a Federal Rule of Civil Procedure 16(b)(4) motion to modify the case schedule. The Court thus evaluates it as such.

Under Rule 16(b)(4), "[a] schedule may be modified only for good cause and with the judge's consent." "Good cause" exists when a deadline "cannot reasonably be met despite the diligence of the party seeking the extension." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) (citation omitted). Here, Defendants have failed to show diligence. Defendants have been represented by the same law firm since May 25, 2017, and they should have been preparing their case since at least that time. A June 19, 2017 assignment of assets does not change this fact. Defendants' motion discusses their need for additional time, but it lacks evidence or argument that Defendants have been diligent. As such, good cause is not apparent on this showing. Defendants' motion is DENIED.

**IT IS SO ORDERED.**

Dated: August 8, 2017

EDWARD J. DAVILA
United States District Judge

Case No.: 15-cv-04073-EJD
ORDER DENYING DEFENDANTS' MOTION OT EXTEND PRETRIAL SCHEDULE
1