United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FITBIT, INC.,

            Plaintiff,

    v.

ALIPHCOM, et al.,

            Defendants.

Case No. 5:15-cv-04073-EJD

**AMENDED PATENT SCHEDULING ORDER**

This case is scheduled for a status conference on August 28, 2017. Based on the parties'
Joint Status Conference Statement, and good cause appearing, the court VACATES the conference
and grants a brief extension of the following deadlines:

| EVENT | DEADLINE |
|---|---|
| Fact Discovery Cut-off | September 29, 2017 |
| Joint Trial Setting Conference Statement | January 15, 2018 |
| Trial Setting Conference | January 25, 2018 at 11:00 a.m. |
| Designation of Opening Experts with Reports | October 30, 2017 |
| Designation of Rebuttal Experts with Reports | November 30, 2017 |
| Expert Discovery Cutoff | December 29, 2017 |
| Deadline(s) for Filing Discovery Motions | See Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions[1] | February 12, 2018 |

IT IS FURTHER ORDERED that the parties shall read and comply with the Standing

---

[1]     This is the last date for *filing* dispositive motions. The actual hearing on the motion may
be noticed for a date subsequent after contacting Judge Davila's courtroom deputy.

1   Order for Civil Cases, a copy of which is available from the Clerk of the Court,[2] with regard to the

2   timing and content of the Joint Trial Setting Conference Statement and all other pretrial

3   submissions.

4         IT IS FURTHER ORDERED that the parties shall read and comply with the Standing

5   Order for Patent Cases, a copy of which is available from the Clerk of the Court,[2] with regard to a

6   variety of issues unique to patent cases.

7         **IT IS SO ORDERED.**

8   Dated:  August 28, 2017



9   _____

10  EDWARD J. DAVILA
    United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

28  Case No.: 5:15-cv-04073-EJD
    AMENDED PATENT SCHEDULING ORDER

United States District Court
Northern District of California