GIBSON, DUNN & CRUTCHER LLP
JOSH KREVITT (SBN 208552)
jkrevitt@gibsondunn.com
200 Park Avenue, 47th Floor
New York, New York 10166
Tel:  (212) 351-4000
Fax:  (212) 351-4035

*Attorney for Plaintiff Fitbit, Inc.*

(Additional Counsel for Plaintiff
listed below signature line)

MARTON RIBERA SCHUMANN & CHANG LLP
CAROLYN CHANG (217933)
carolyn@martonribera.com
548 Market Street, Suite 36117
San Francisco, California  94104
[Tel.] (415) 360-2511

*Attorney for Defendants AliphCom and Bodymedia, Inc.*

(Additional Counsel for Defendants
listed below signature line)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITBIT, INC.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALIPHCOM d/b/a JAWBONE and BODYMEDIA, INC.<br><br>　　　　　Defendants. | Case No:  5:15-cv-04073-EJD (SVK)<br><br>**JOINT STATUS CONFERENCE STATEMENT**<br><br>Judge:  Hon. Edward J. Davila<br>Complaint filed:  Sept. 8, 2015<br><br>Date:  December 14, 2017<br>Time:  10:00 AM<br>Courtroom 4 – 5th Floor |

APPROVED
Judge Edward J. Davila
11/28/2017

Pursuant to this Court's October 12, 2017 Minute Entry (Dkt. 195) and Civil Local Rule 16-10(d), Plaintiff Fitbit, Inc. ("Plaintiff" or "Fitbit") and Defendants AliphCom d/b/a Jawbone and BodyMedia, Inc. (collectively, "Defendants" or "Jawbone") jointly submit this Status Conference Statement.

## 1.   CASE AND DISCOVERY STATUS

On October 12, 2017, the Court held a hearing on the motion of Defendants' counsel to withdraw from the case. The Court determined that Defendants' counsel should first confer with their clients and file a statement as to whether Defendants intend to pursue their counterclaims in this action. (Dkt. 195.) In addition, the Court ruled that Plaintiff should make a decision regarding the filing of a motion for default judgment and then file the motion within 45 days. (*Id.*) The Court set a follow-up status conference and motions hearing for December 14, 2017 at 10:00 a.m.

The parties now submit this status conference statement to inform the Court that they have recently made significant and tangible progress toward a potential settlement, not only of the present action, but also of all of the parallel cases described in Section 2 below. As a result, to conserve the resources of the Court and the parties, the parties hereby propose to hold off on additional motion practice for another 10 days, in order to allow the parties to finalize a prospective settlement. The parties propose to report to the Court on the status of the settlement discussions by no later than December 7, 2017—*i.e.*, one week before the currently scheduled status conference on December 14, 2017.

## 2.   RELATED CASES

No cases are related to this action under Local Rule 3-12, but there are presently five other lawsuits pending between Fitbit and Jawbone. Fitbit filed two other pending lawsuits against Jawbone, both of which are pending in this district. Case No. 16-cv-00118 is pending before Judge Beth Labson Freeman. Case No. 17-cv-1139 is pending before Judge William H. Orrick. Jawbone has filed three pending cases against Fitbit. First, Case No. CGC 15-546004 in the Superior Court of the State of California is in the fact discovery stage, with trial set for April 2018. Jawbone's second case is an Investigation before the International Trade Commission ("ITC"). The ITC issued a final determination finding no violation by Fitbit. Jawbone has appealed the adverse determination to the

United States Court of Appeals for the Federal Circuit.  Jawbone's third case—Case No. 4:15-cv-2579—is pending in this district before Judge Haywood S. Gilliam, but is currently stayed pending the results of Jawbone's ITC Investigation.

### 3. **JOINT PROPOSAL**

As noted above, the parties jointly propose to refrain from motion practice for another 10 days, in order to allow them to finalize a potential settlement of all cases between them.  The parties propose to report to the Court on the status of the settlement discussions by no later than December 7, 2017, and in the event that a final settlement has not been reached by that time, the parties will promptly file their proposed motions with the Court.

Dated:  November 27, 2017

Respectfully submitted,

By: */s/ Frederick S. Chung*

**GIBSON, DUNN & CRUTCHER LLP**

JOSH A. KREVITT (SBN 208552)
jkrevitt@gibsondunn.com
200 Park Avenue, 47th Floor
New York, NY 10166
Tel:  (212) 351-4000
Fax:  (212) 351-4035

WAYNE M. BARSKY (SBN 116731)
wbarsky@gibsondunn.com
JASON C. LO (SBN 219030)
jlo@gibsondunn.com
2029 Century Park East
Los Angeles, CA 90067-3026
Tel:  (310) 552-8500
Fax:  (310) 551-8741

MARK N. REITER (*Pro Hac Vice*)
mreiter@gibsondunn.com
2100 McKinney Avenue
Dallas, TX 75201-6912
Tel:  (214) 698-3100
Fax:  (214) 571-2900

FREDERICK S. CHUNG (SBN 183337)
fchung@gibsondunn.com
Y. ERNEST HSIN (SBN 201668)
ehsin@gibsondunn.com
NEEMA JALALI (SBN 245424)

By: */s/ Carolyn Chang*

**MARTON RIBERA SCHUMANN & CHANG LLP**

CAROLYN CHANG (217933)
carolyn@martonribera.com
HECTOR RIBERA (221511)
hector@martonribera.com
DAVID D. SCHUMANN (223936)
david@martonribera.com
RYAN J. MARTON (223979)
ryan@martonribera.com
548 Market Street, Suite 36117
San Francisco, California  94104
[Tel.] (415) 360-2511

*Attorneys for Defendants AliphCom and Bodymedia, Inc.*

njalali@gibsondunn.com
1881 Page Mill Road
Palo Alto, CA 94304
Tel:  (650) 849-5300
Fax:  (650) 849-5333

*Attorneys for Plaintiff Fitbit, Inc.*

3

**ATTESTATION IN CONCURRENCE OF FILING**

In accordance with the Northern District of California's General Order No. 45, Section X.(B), I, Frederick Chung, attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature pages.

Dated: November 27, 2017                    By:   /s/ *Frederick Chung*
                                                  Frederick S. Chung

**CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2017, I caused to be electronically filed the foregoing Notice of Appearance of Counsel with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

Dated: November 27, 2017                    By:   /s/ *Frederick Chung*
                                                  Frederick S. Chung